State v. Olds

of the court was impartial and comprehensive. Sentences imposed upon conviction were within statutory limits.

No error.

Judges HEDRICK and VAUGHN concur.

STATE OF NORTH CAROLINA v. MARK CARVIN OLDS

No. 733SC761

(Filed 12 December 1973)

ON appeal from *Tillery, Judge,* at the 18 June 1973 Session of PITT Superior Court.

The defendant, Mark Carvin Olds, was tried at the November 1971 Session of the Superior Court of Pitt County, North Carolina, and convicted of involuntary manslaughter. A sentence of six to eight years was suspended and defendant placed on probation for five years under the usual conditions of probation and the special condition that he pay a fine of One Thousand Dollars. At the June 1973 Session of the Pitt County Superior Court before the Honorable L. Bradford Tillery, after due and proper notice to the defendant, his probation officer reported that the defendant had violated the terms of his probation in the following manner: (a) had been convicted of driving without an operator's license; (b) had been convicted in New York of possession of a dangerous weapon; (c) had paid only Seventy Dollars towards his fine and costs; and (d) had changed his place of residence without securing written consent of the probation officer. The court found those violations and entered into effect the suspended sentence of not less than six nor more than eight years. From such sentence the defendant in open court gave notice of appeal.

*Attorney General Robert Morgan by Assistant Attorney General Edwin M. Speas, Jr., for the State.*

*Owens, Browning & Haigwood by Mark W. Owens, Jr., for defendant appellant.*

CAMPBELL, Judge.

This case only presents the face of the record for our review. We have carefully reviewed the record and find no error.

No error.

Chief Judge BROCK and Judge PARKER concur.

---

JEAN JONES v. WILLARD JONES

No. 738DC598

(Filed 12 December 1973)

APPEAL by defendant from *Nowell, Chief District Judge,* at the 20 December 1972 Session of WAYNE County District Court.

From judgment rendered therein, the defendant appealed.

*Dees, Dees, Smith, Powell & Jarrett by William L. Powell, Jr., for plaintiff appellee.*

*Barnes & Braswell, P.A., by Henson P. Barnes for defendant appellant.*

CAMPBELL, Judge.

After the filing and docketing of the record in this case, no briefs were filed, and accordingly, this Court, *ex mero motu,* dismisses the appeal.

Judges BRITT and VAUGHN concur.